THE EAST RIVER BANK, Respondent, *v.* SAMUEL F. BUTTERWORTH, impleaded, etc., Appellants.

(Argued May 16, 1872; decided September term, 1872.)

IN this case the court concurred in result, but did not concur with opinion.

*W. W. Macfarland* for the appellants.

*E. E. Anderson* for the respondent.

EARL, C., reads for affirmance.
All concur in result.
Judgment affirmed.